October 25, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

YOLANDA SANDRIA SAQUI AND ROSALINA REYES RAMIREZ, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF MIGUEL ANGEL BARRAGAN SANDRIA, Appellants

NO. 14-10-00540-CV           V.

PRIDE INTERNATIONAL, INC., MEXICO DRILLING LIMITED, L.L.C., PRIDE CENTRAL AMERICA, L.L.C., PRIDE CENTRAL AMERICA, L.L.C. (MEXICAN BRANCH), AND GULF OF MEXICO PERSONNEL SERVICES, S. DE R.L. DE C.V., Appellees

———————————

This cause, an appeal from the judgment in favor of appellees, Pride International, Inc., Mexico Drilling Limited, L.L.C., Pride Central America, L.L.C., Pride Central America, L.L.C. (Mexican Branch), and Gulf of Mexico Personnel Services, S. De R.L. De C.V., signed April 15, 2010, was heard on the transcript of the record. We have inspected the record and find the trial court erred when it granted appellee, Pride Central America, L.L.C.'s motion for summary judgment. We therefore order that the portions of the judgment that granted appellee, Pride Central America, L.L.C.'s motion for summary judgment and dismissing appellee, Pride Central America, L.L.C. without prejudice are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order appellee, Pride Central America, L.L.C., to pay all costs incurred in this appeal. We further order this decision certified below for observance.